**Deny and Opinion Filed October 5, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-21-00779-CV**
_____

**IN RE AN ILLEGALLY DETAINED MINOR CHILD, ET AL., Relators**

**Original Proceeding from the 305th Judicial District Court & the 193rd**
**Judical District Court**
**Trial Court Cause No. JD-20-00900X & DC-21-10323**
**Dallas County, Texas**

## MEMORANDUM OPINION

Before Justices Schenck, Nowell, and Garcia
Opinion by Justice Schenck

In their September 8, 2021 petition for writ of mandamus, relators challenge the 305th District Court's June 2, 2021 "Release Order-Approved Shelter" order and August 16, 2021 order denying relators' motion for habeas relief. Relators also challenge the193rd District Court's August 18, 2021 order dismissing realtors' petition for a writ of habeas corpus with prejudice for lack of jurisdiction.

Based on our review of the petition and attached documents, we conclude that relators have failed to fully comply with Rule 52 of the Texas Rules of Appellate Procedure. Relators failed to provide to this Court a certified or sworn copy of all orders complained of. *See* TEX. R. APP. P. 52.3(k)(1)(A). Relators failed to provide

proof that the subject child is being restrained. *See* TEX. R. APP. P. 52.3(k)(1)(D). Relators additionally failed to provide a certified or sworn copy of every document that is material to the relators' claim for relief that was filed in the underlying proceeding and a properly authenticated transcript of any relevant testimony from any underlying proceeding or a statement that no testimony was adduced in connection with the matter complained. *See* TEX. R. APP. P. 52.7(a).

Because relators have failed to provide an adequate record for our review, we deny the petition.

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

210779F.P05